UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 18-14197-CIV-MARTINEZ-MAYNARD

SREAM, INC. and ROOR
INTERNATIONAL, BV,
    Plaintiffs,

vs.

E-Z STOP FOOD MART, INC.,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 12]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorney's fees and costs, except as otherwise agreed to by the parties. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of August, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record